No. 99–7454.  GIBBS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–7459.  CHAVEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–7460.  ARGUETA *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 99–7467.  TROBAUGH *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–296.  WALKER ET AL. *v.* CITY OF MESQUITE ET AL.  C. A. 5th Cir.  Motion of Lawyers' Committee for Civil Rights Under Law for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 99–416.  HANNA *v.* MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.  JUSTICE O'CONNOR would grant certiorari.

No. 99–557.  SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY *v.* LANNING ET AL.  C. A. 3d Cir.  Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 99–795.  FLORIDA *v.* RAMIREZ.  Sup. Ct. Fla.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 99–826.  PENNSYLVANIA *v.* CHMIEL.  Sup. Ct. Pa.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 99–840.  SUSSMAN ET AL. *v.* AMERICAN BROADCASTING COS., INC., DBA KABC–TV INC., ET AL.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 99–7105.  EATON *v.* DAKOTA COUNTY HOUSING REDEVELOPMENT AUTHORITIES ET AL.  C. A. 8th Cir.  Certiorari before judgment denied.